```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
               "ROBERT OVENS V DEPT OF CORRECTIONS"

        Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/18/98
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 06/18/98 receipt # 00104697
          Trial by: Jury


Parties of Record:                          Counsel of Record:

PLF 1.1           OVENS, ROBERT                 Robert Ovens
                                                Pro Per: 247111
                                                Jackson Correctional Facility
                                                3510 N. Elm Street
                                                Jackson, MI 49201


DEF 1.1           ALASKA, STATE OF, DEPT OF     John K. Bodick
                  CORRECTIONS                   Attorney General's Office
                                                310 K Street, Suite 407
                                                Anchorage, AK 99501-5993
                                                907-269-6379
                                                FAX 907-269-6305
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
                         "ROBERT OVENS V DEPT OF CORRECTIONS"

                                For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/18/98
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 06/18/98 receipt # 00104697
           Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/18/98 | Complaint filed; Summons issued. |
| 2 - 1 | 07/06/98 | DEF 1 Attorney Appearance of John Bodick. |
| 3 - 1 | 07/06/98 | DEF 1 motion for extension of time of 30 days to answer w/att aff. |
| 4 - 1 | 07/06/98 | DEF 1 motion for order shortening time as to the mot for ext of time to answer. |
| 5 - 1 | 07/06/98 | HRH Order granting motion for order shortening time (4-1). cc: cnsl |
| 6 - 1 | 07/06/98 | HRH Order granting motion for extension of time to answer (3-1); ans due 8/8/98. cc: cnsl |
| 7 - 1 | 08/10/98 | DEF 1 Attorney Substitution of M. Stark for J. Bodick. cc: cnsl, Bodick |
| 8 - 1 | 08/10/98 | DEF 1 Answer to Complaint. |
| 9 - 1 | 08/11/98 | HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 10 - 1 | 08/26/98 | PLF 1 Attorney Appearance of R. Kibby [Richard]. |
| 11 - 1 | 08/28/98 | DEF 1 Answer (Amended). |
| 12 - 1 | 09/02/98 | Joint Report of parties' planning meeting re: status discovery needs of this case. |
| 13 - 1 | 09/08/98 | HRH Minute Order setting S&P conf for 9/23/98 at 4:30 in chambers. cc: cnsl |
| 14 - 1 | 09/24/98 | PLF 1 motion for sign language interpreters and video recording of proceedings with attached memo. |
| 15 - 1 | 09/25/98 | HRH Scheduling and Planning Order setting pretrial deadlines: Original discovery 05/31/99; Dispositive motions deadline 06/30/99; Estimate of trial 5 days; TBJ. cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
                              "ROBERT OVENS V DEPT OF CORRECTIONS"
```
                                    For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 10/28/98 | HRH Order granting motion for sign language interpreters and video recording of proceedings (14-1); precise nature of svc which will be provided re sign languate interpreter will be worked out between cnsl for plf, clerk of crt and the AO; crt has no appropriation from which it can pay for video recording; if video taping of plf's testimony is to be accomplished it will have to be arranged and paid for by plf.  cc: cnsl, Clerk of Court, Finance |
| 17 - 1 | 11/09/98 | Unopposed Motion to extend time for def to file motion to dismiss until 11/16/98 w/att aff of cnsl. |
| 17 - 2 | 11/10/98 | HRH Order granting unopposed motion re: extension of time. cc: cnsl |
| 18 - 1 | 11/16/98 | DEF 1 motion to dismiss based upon sovereign immunity. |
| 19 - 1 | 11/27/98 | PLF 1 opposition to DEF 1 motion to dismiss based upon sovereign immunity (18-1) . |
| 20 - 1 | 12/08/98 | PLF 1 motion to amend complaint w/att proposed amended complaint. |
| 21 - 1 | 12/18/98 | DEF 1 opposition to PLF 1 motion to amend complaint w/att aff of cnsl (20-1) . |
| 22 - 1 | 12/23/98 | PLF 1 reply to opposition to PLF 1 motion to amend complaint w/att proposed amended complaint. (20-1) |
| 23 - 1 | 01/13/99 | HRH Order granting motion to amend complaint (20-1); plt to file complete cy of amended cmplnt by 1/20/99. cc: csnl |
| 24 - 1 | 01/25/99 | HRH Order denying motion to dismiss based upon sovereign immunity (18-1). cc:cnsl |
| 25 - 1 | 02/01/99 | DEF 1 Witness List [final revised]. |
| 26 - 1 | 02/02/99 | PLF 1 Complaint (Amended). |
| 27 - 1 | 02/02/99 | PLF 1 Witness List [revised]. |
| 28 - 1 | 02/11/99 | DEF 1 Answer to Amended Complaint. |
| 29 - 1 | 04/26/99 | PLF 1 Non-opposed Motion for extension of time until 5/15/99 to file final spplemental wit list disclosing experts & reports w/att aff. |
| 29 - 2 | 04/28/99 | HRH Order granting #29. cc: cnsl |
| 30 - 1 | 05/14/99 | DEF 1 Witness List [final- supplemental] w/att exh. |
| 31 - 1 | 05/14/99 | DEF 1 Certificate of counsel re: letter to plaintiff. |
| 32 - 1 | 05/14/99 | DEF 1 motion to compel responses to defendant's interrogatories to plaintiff and appropriate sanctions. |
| 33 - 1 | 05/19/99 | DEF 1 Errata [exhs] re: DEF 1 motion to compel responses to defendant's interrogatories to plaintiff and appropriate sanctions (32-1) . |
| 34 - 1 | 05/25/99 | PLF 1 opposition to DEF 1 motion to compel responses to defendant's interrogatories to plaintiff and appropriate sanctions (32-1) . |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
                              "ROBERT OVENS V DEPT OF CORRECTIONS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 35 - 1 | 06/02/99 | DEF 1 reply to opposition to DEF 1 motion to compel responses to defendant's interrogatories to plaintiff and appropriate sanctions. (32-1) |
| 36 - 1 | 06/04/99 | HRH Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 37 - 1 | 06/08/99 | HRH Order granting motion to compel responses to defendant's interrogatories to plaintiff (32-1) by 6/22/99. cc: cnsl |
| 38 - 1 | 06/11/99 | DEF 1 Objections to order [certification of readiness for trial]. |
| 39 - 1 | 06/14/99 | DEF 1 Notice of absence of counsel from 6/21/99-7/3/99 & back in office 7/6/99. |
| 40 - 1 | 06/17/99 | HRH Order that parties to confer & respond to the court's order of 6/4/99 by 7/10/99. cc: cnsl |
| 41 - 1 | 06/28/99 | DEF 1 motion for partial summary judgment/dismissal w/att exhs & affs. |
| 42 - 1 | 07/09/99 | PLF 1; DEF 1 Response to Request for Certificate of Readiness for Trial. |
| 43 - 1 | 07/09/99 | Stipulation for ext of time until 07/23/99 for plf's to respond to def's mot for sj & file cross mot for sj. |
| 43 - 2 | 07/12/99 | Order granting stip for ext of time at 43-1.  cc: cnsl |
| 44 - 1 | 07/14/99 | HRH Minute Order that trial will be set after dispositive mots ruled on. cc: cnsl |
| 45 - 1 | 07/20/99 | PLF 1 motion to accept faxed stipulation w/att faxed copy of stip. |
| 46 - 1 | 08/06/99 | PLF 1 opposition to DEF 1 motion for partial summary judgment/dismissal (41-1) w/att exhs. |
| 46 - 2 | 08/06/99 | PLF 1 motion [cross] for partial summary judgment w/att exhs. |
| 45 - 2 | 08/09/99 | HRH Order granting motion to accept faxed stipulation (45-1). cc: cnsl |
| 45 - 3 | 08/09/99 | HRH Order granting stip for ext to 8/6/99 for plfs to oppo def's mot for SJ; def's reply to mot for SJ & plf's x-mot for SJ due 9/10/99. cc: cnsl |
| 47 - 1 | 09/10/99 | DEF 1 reply to opposition to DEF 1 motion for partial summary judgment/dismissal (41-1) w/att exhs. |
| 47 - 2 | 09/10/99 | DEF 1 opposition to PLF 1 motion [cross] for partial summary judgment(46-2) w/att exhs. |
| 48 - 1 | 09/13/99 | DEF 1 Affidavit [original signature page] of H. Graves re: reply to oppo to  DEF 1 mot for part sj/dismissal (41-1), & oppo to PLF 1 mot [cross] for part sj (46-2). |
| 49 - 1 | 10/06/99 | Stipulation for ext of time to reply to sj mot until 10/11/99. |
| 49 - 2 | 10/07/99 | Order granting stip for ext of time at 49-1. cc: cnsl |
| 50 - 1 | 10/12/99 | PLF 1 reply to opposition to PLF 1 motion [cross] for partial summary judgment (46-2). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
                                "ROBERT OVENS V DEPT OF CORRECTIONS"

                                         For all filing dates

Document #     Filed        Docket text


   51 -   1   11/18/99   HRH Order denying motion [cross] for partial summary judgment (46-2);
                         granting/denying motion for partial summary judgment/dismissal (41-1);
                         plf may file an amended complaint by 12/3/99.  cc: cnsl

   52 -   1   11/29/99   DEF 1 motion for reconsideration of order: motion for partial summary
                         judgment.

   53 -   1   12/07/99   PLF 1 Supplemental authority re: oppo to DEF 1 motion for partial
                         summary judgment/dismissal w/att exhs & affs. (41-1), PLF 1 motion
                         [cross] for partial summary judgment(46-2) w/att exh.

   54 -   1   12/09/99   HRH Order denying motion for reconsideration of order: motion for
                         partial summary judgment (52-1), plf to proceed with claim for monetary
                         damages. cc: cnsl

   55 -   1   12/20/99   DEF 1 Supplement re: DEF 1 motion for reconsideration of order: motion
                         for partial summary judgment (52-1) w/att aff.

   55 -   2   12/20/99   DEF 1 motion for reconsideration (entered per #57).

   56 -   1   12/27/99   DEF 1 Affidavit [original signature page] re: DEF 1 motion for
                         reconsideration of order: motion for partial summary judgment (52-1)
                         w/att page.

   57 -   1   01/10/00   HRH Minute Order that court will entertain plf's oppo to 2d motion for
                         reconsideration by 1/20/00; def shall file a reply. cc: cnsl

   58 -   1   01/19/00   PLF 1 opposition to DEF 1 motion for reconsideration (entered per #57)
                         (55-2) .

   59 -   1   01/28/00   DEF 1 reply to opposition to DEF 1 motion for reconsideration (entered
                         per #57) (55-2) .

   60 -   1   01/31/00   HRH Minute Order that plf may submit a supp oppo re motion for
                         reconsideration at #55-2 by 2/10/00. cc: cnsl

   61 -   1   02/10/00   PLF 1 Supplemental oppo (reply to reply) per ord at 60-1 re: DEF 1
                         motion for reconsideration (entered per #57) (55-2).

   62 -   1   03/13/00   HRH Order granting motion for reconsideration (55-2); def's mot for sj
                         again denied. cc: cnsl

   63 -   1   03/21/00   DEF 1 motion for reconsideration of order dated 3/13/00 re: defendant's
                         second motion for reconsideration.

   64 -   1   03/28/00   HRH Order granting motion for reconsideration of order dated 3/13/00 re:
                         defendant's second (63-1); plf shall, on or before 4/17/00, file an
                         updated complaint because of his changed status. cc: cnsl

   65 -   1   04/05/00   DEF 1 motion to publish order: defendant's second motion for
                         reconsideration

   66 -   1   04/07/00   HRH Minute Order granting motion to publish order: defendant's second
                         motion for reconsideration at #62 (65-1). cc: cnsl

   67 -   1   04/24/00   PLF 1 motion to accept late filed second amended complaint w/att aff &
                         second amended complaint.


ACRS: R_VDSDX                    As of 10/31/05 at 5:15 PM by GARRY                     Page 4
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
                          "ROBERT OVENS V DEPT OF CORRECTIONS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 68 - 1 | 05/03/00 | DEF 1 opposition to PLF 1 motion to accept late filed second amended complaint (67-1) . |
| 69 - 1 | 05/22/00 | HRH Order denying motion to accept late filed second amended complaint (67-1) because it does not comport with order permitting filing of 2d amended complaint; plf may by 6/2/00 file 2d amended complaint that complies with order or file mot to amend. cc:cnsl |
| 70 - 1 | 06/02/00 | PLF 1 motion to amend complaint. |
| 71 - 1 | 06/12/00 | DEF 1 Notice of absence of cnsl from 6/8/00-7/2/00. |
| 70 - 2 | 06/29/00 | HRH Order granting motion to amend complaint (70-1). cc: cnsl |
| 72 - 1 | 07/03/00 | HRH Minute Order reinstating motion to amend complaint (70-1). cc: cnsl |
| 72 - 2 | 07/03/00 | HRH Minute Order denying motion to amend complaint (70-1) for failure to comply w/D.Ak.LR 15.1; crt will entertain further mot to amend if fld by 7/17/00. cc: cnsl |
| 73 - 1 | 07/07/00 | DEF 1 motion for reconsideration of order granting motion to amend complaint . |
| 74 - 1 | 07/07/00 | PLF 1 motion to amend complaint. |
| 75 - 1 | 07/11/00 | HRH Minute Order denying motion for reconsideration of order granting motion to amend complaint (73-1).  cc: cnsl |
| 76 - 1 | 07/17/00 | DEF 1 opposition to PLF 1 motion to amend complaint (74-1). |
| 76 - 2 | 07/17/00 | DEF 1 motion (cross) to dismiss count XIV of the amended complaint based upon defendant Doc's eleventh amendment sovereign immunity. |
| 77 - 1 | 08/08/00 | HRH Order denying plf's motion to amend complaint (74-1); granting def's motion (cross) to dismiss count XIV of the amended complaint (76-2). cc: cnsl |
| 78 - 1 | 08/10/00 | HRH Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 79 - 1 | 08/28/00 | PLF 1; DEF 1 Joint Motion to continue trial setting & pretrial ddlns pending decision by the US Supreme Crt on a controlling issue of law. |
| 79 - 2 | 09/05/00 | HRH Order granting joint mot at dkt 79-1. cc: cnsl |
| 80 - 1 | 11/15/00 | DEF 1 Notice  of absence of cnsl from 11/13-29/00. |
| 81 - 1 | 08/17/01 | HRH Minute Order setting status conf for 8/28/01 at 4:30 in chambers. cc: cnsl |
| 82 - 1 | 08/31/01 | HRH Order setting TBJ for 2/25/02. cc: cnsl, JC |
| 83 - 1 | 09/24/01 | JKS FPT Order setting the following dates: Final pretrial conference 02/19/02, 4:00; Exhibits due 01/15/02. cc: cnsl |
| 84 - 1 | 12/03/01 | DEF 1 Attorney Substitution of John K. Bodick for Michael J. Stark. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
                "ROBERT OVENS V DEPT OF CORRECTIONS"

                          For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 85 - 1 | 12/12/01 | HRH Order that 2/25/02 TBJ vacated; settl conf to be held by MJ Branson; plf cnsl to file stat rpt by 2/15/02. cc: cnsl, MJ Branson, JC |
| 86 - 1 | 12/14/01 | HRH Minute Order vacating 2/19/02 FPTC. cc: cnsl |
| 87 - 1 | 12/21/01 | AHB Minute Order that under seal settlment brfs due in chambers of MJ Branson NLT COB 1/30/02; settlment conf set 9:30 a.m. 2/13/02. cc: cnsl |
| 88 - 1 | 01/23/02 | DEF 1 motion to continue settlement proceedings w/att aff. |
| 89 - 1 | 01/23/02 | DEF 1 motion for hearing on shortened time re: 88 w/att aff. |
| 90 - 1 | 01/23/02 | PLF 1 non-opposition to DEF 1 motion to continue settlement proceedings (88-1). |
| 91 - 1 | 01/24/02 | AHB Minute Order granting motion to continue settlement proceedings (88-1); terminating in light of this order: motion for hearing on shortened time re: 88 (89-1); ddlns set in MO (87-1) are vacated; underseal settlement brfs due in chambers by COB 2/22/02; settlement conf RESET to 9:30 a.m., 3/13/02.  cc: cnsl, Judge Holland |
| 92 - 1 | 02/25/02 | PLF 1 motion to vacate settlement conference and date for settlement brief and to reschedule the same w/att aff. |
| 93 - 1 | 02/26/02 | AHB Minute Order granting motion to vacate settlement conference and date for settlement brief and to reschedule the same (92-1); 3/13/02 settlement conf VACATED and RESET to 9:30 a.m, 5/15/02; plf to deliver to chambers underseal settlement brf on/before 4:00 p.m., 4/25/02; def is not required to submit any addtional settlement brf.  cc: cnsl, Judge Holland |
| 94 - 1 | 05/15/02 | AHB Court Minutes [ECR: Bonnie Boyer] of settlement conf (held 5/15/02); Mr Kibby was not aware of conf hrg and client is in custody in Michigan; if settl conf needed plf to file settl proposal. cc: cnsl, Judge Holland |
| 95 - 1 | 06/11/02 | HRH Minute Order directing parties to confer and file status report by 6/25/02. cc: cnsl |
| 96 - 1 | 06/25/02 | PLF 1 Status Report. |
| 97 - 1 | 06/28/02 | HRH Minute Order directing parties to confer re settlement conference & file further status report by 7/18/02. cc: cnsl |
| 98 - 1 | 07/18/02 | PLF 1 Report re: settlement status |
| 99 - 1 | 07/22/02 | HRH Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 100 - 1 | 08/08/02 | PLF 1 Status Report w/att exh. |
| 101 - 1 | 08/14/02 | HRH Minute Order setting status conference for 8/21/02 at 4:30 pm in chambers. cc: cnsl |
| 102 - 1 | 08/26/02 | HRH Order staying case, w/exception of any settlement conference, pending plf's return to SOA; court will put in place a schedule for discovery & motion practice & a time for trial after parties notify court that plf is returned. cc: cnsl |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
                "ROBERT OVENS V DEPT OF CORRECTIONS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 103 - 1 | 09/19/02 | HRH Minute Order referring case to MJ Branson for settl conf. cc: cnsl, MJ Branson |
| 104 - 1 | 09/23/02 | AHB Order re: settlement conference; plf's sealed settlement brf due in chambers of MJ Branson by NOON 10/11/02; state may supplement their May 2002 brf NLT NOON 10/28/02; settlment conf set 9:30 a.m., 10/31/02. cc: cnsl, Judge Holland |
| 105 - 1 | 10/25/02 | AHB Minute Order that in order to accommodate crt's calendar and w/agreement of the parties 10/31/02 settl conf VACATED and RESET to 9:30 a.m., 12/18/02. cc: cnsl, Judge Holland |
| 106 - 1 | 12/18/02 | AHB Court Minutes [ECR: Caroline Edmiston] of settl conf (held 12/18/02); unable to settl due to pending appeal before Supreme crt. cc: cnsl, Judge Holland |
| 107 - 1 | 01/10/03 | HRH Order re case status; further proceedings stayed until reactivated upon application of any party. cc: cnsl |
| 108 - 1 | 07/24/03 | HRH Order that cnsl to confer & advise court by 8/8/03 if they wish to reinstitute settlement negotiations. cc: cnsl |
| 109 - 1 | 08/07/03 | DEF 1 Response to Order re case status |
| 110 - 1 | 08/08/03 | HRH Order that case remain stayed pending decision in Lane; further status report due 7/15/04 or earlier if decision reached. cc: cnsl |
| 111 - 1 | 05/19/04 | DEF 1 Response to Order re: case status. |
| 112 - 1 | 06/02/04 | HRH Order that the court's stay of proceedings is lifted. Counsel to file a status report re: continued settlement conf or other proceeding by 6/22/04. cc: cnsl |
| 113 - 1 | 06/22/04 | PLF 1 settlement status update. |
| 114 - 1 | 06/25/04 | HRH Order Counsel shall file a report by 7/26/04 re their availability for trial w/at least two alternative dates. cc: cnsl |
| 115 - 1 | 07/29/04 | PLF 1 motion to withdraw as counsel (Richard Kibby and Leonard Anderson). |
| 116 - 1 | 07/29/04 | PLF 1 Notice of change of address of Richard Kibby. |
| 117 - 1 | 09/01/04 | HRH Minute Order granting motion to withdraw as counsel (115-1); Mr. Ovens last know adress is: R. Ovens #247111, Jackson Correctional Facility, 3510 N. Elm Street, Jackson MI 49201; Mr. Ovens to arrange for substitue cnsl or fiel a pro se appearance w/in 30 days from date of MO; Mr. Ovens shall keep crt and opposing cnsl advised of his current address if he appears pro se. cc: cnsl, R. Ovens |
| 118 - 1 | 09/20/04 | PLF 1 response to MO from chambers. |
| 119 - 1 | 10/29/04 | HRH Order that case is stayed until 5/31/06; Mr. Kibby to provide plf w/case file forthwith and confirm that he has forwarded file in matter to plf. cc: cnsl, R. Kibby |
| 120 - 1 | 11/08/04 | DEF 1 motion for reconsideration of order re: motion to stay and appointment of counsel (119). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A98-0199--CV (HRH)
                           "ROBERT OVENS V DEPT OF CORRECTIONS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 121 - 1 | 11/18/04 | HRH Minute Order that plf's oppo to mot for reconsideration is due on/before 12/17/04.  cc: cnsl |
| 122 - 1 | 12/07/04 | PLF 1 opposition to DEF 1 motion for reconsideration of order re: motion to stay and appointment of counsel (119) (120-1). |
| 123 - 1 | 01/12/05 | HRH Minute Order Mr. Kibby shall forthwith forward to the plf the entirety of his file in connection with this case to the address provided. Mr. Kibby shall notify the court when the file has been mailed.  cc: cnsl, R. Kibby, R. Ovens |
| 124 - 1 | 03/01/05 | PLF 1 Notice of compliance w/att exh. |
| 125 - 1 | 03/07/05 | HRH Order that plf's oppo to def's mot for reconsideration due 4/5/05.  cc: cnsl |
| 126 - 1 | 04/12/05 | HRH Minute Order deferring ruling on mot for reconsideration until 4/29/05; if crt hasn't received response from plf by 4/29/05 crt will decide mot for reconsideration w/what is before it. cc: cnsl |
| 127 - 1 | 05/02/05 | PLF 1 motion for extension of time until 7/24/05 to file supplemental pleadings. |
| 128 - 1 | 06/08/05 | HRH Order granting motion for extension of time until 7/24/05 to file supplemental pleadings (127-1).  cc: cnsl |
| 129 - 1 | 08/08/05 | HRH Order denying mot for reconsideration of ord re: mot to stay & appt of cnsl (120-1); stay to expire 5/31/06; if case doesn't move forward promptly after 5/31/06 crt will dism case for lack of prosecution. cc: cnsl |