UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT OVENS,
    Plaintiff,

-vs-

STATE OF ALASKA, DEPARTMENT OF
CORRECTIONS,
    Defendant.

Case No. A98-0199-CV (HRH)

Honorable H. Russel Holland

Robert Ovens (247111)
Plaintiff in **Pro Se**
G. Robert Cotton Correctional Facility
3510 N. Elm Street
Jackson, Michigan 49201-8877

John K. Bodick
Assistant Attorney General
Attorney for Defendant
310 K Street, Suite 507
Anchorage, Alaska 99501

## MOTION TO EXTEND

NOW COMES Plaintiff, Robert Ovens, proceeding **Pro Se**, and pursuant to FRCP 6 the Plaintiff respectfully requests that this Honorable Court postpone any and all upcoming Court appearances and extend the time limits associated with the herein case. The Plaintiff states the following in support of his motion:

1.    Plaintiff is currently confined within the Michigan Department of Corrections (MDOC), at the G. Robert Cotton Correctional facility, 3510 N. Elm Street, Jackson, Michigan 49201-8877.

2.    Plaintiff has a positive parole action outdate scheduled for May 2, 2006. **TAKE NOTICE** Plaintiff will be released on May 2, 2006, from the MDOC, at which time Plaintiff will be taking all necessary steps to return to Alaska in a timely fashion.

3.    Plaintiff is proceeding in **Pro Se** capacity having absolutely no knowledge of the law. Plaintiff's repeated requests for the appointment of counsel

to assist him in prosecuting his herein case have been denied.

4. The extension of time and postponement requested herein will provide this Plaintiff an additional 90 days from the date of his release from the MDOC to seek, hire and obtain the assistance of legal representation to effectively prosecute his claim and petition the government as contemplated by the 1st Amendment of the United States Constitution.

5. The herein case has been on the bench and pending for a number of years. Any EXTENSION granted by this Court WOULD NOT prejudice the Defendant's position in litigating the case. Factors to be considered in granting any delay in prosecuting a case are whether the witnesses involved will still be available, and whether the adverse Party would be prejudiced in any way. Plaintiff again submits, the Defendant WOULD NOT suffer any prejudice from the granting of an additional 90 days extension herein.

WHEREFORE, for all the reasons stated herein, this Plaintiff respectfully requests that this Honorable Court GRANT an extension of time to Plaintiff to prosecute his case, to do otherwise would effectively chill this Plaintiff's right to petition the government as guaranteed under the 1st Amendment of the United States Constitution. The Plaintiff shall ever pray.

### PROOF OF SERVICE

I, Robert Ovens, certifies under penalty of perjury, that on 1/12/2006 I mailed one (1) true copy of:

1. MOTION TO EXTEND

to JOHN BODICK, Assistant Attorney General, Attorney for Defendant, 310 K Street, Suite 507, Anchorage, Alaska, 99501 by handing this to prison officials for mailing via LEGAL MAIL DISBURSEMENT, with first-class postage fully prepaid.

## VERIFICATION

I, Robert Ovens, swears and declares under penalty of perjury (28 U.S.C. Sec. 1746(1)) that the complete contents contained herein (pages 1-3) are true and accurate to the best of my information, knowledge and belief.

Dated: 1/12/2006

Respectfully,

Robert Ovens #247111
Plaintiff in Pro Se
G. Robert Cotton Correctional Facility
3510 N. Elm Street
Jackson, Michigan 49201-8877

DAVID J. BARLOW
NOTARY PUBLIC JACKSON CO, MI
MY COMMISSION EXPIRES Jun 5, 2007