IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
ROBERT OVENS,                          )
                                       )
                    Plaintiff,         )
                                       )
      vs.                              )
                                       )
STATE OF ALASKA, DEPARTMENT OF         )
CORRECTIONS,                           )
                                       )     No. 3:98cv0199-HRH
                    Defendant.         )
_____)
```

O R D E R

Motion to Extend

Plaintiff's motion to extend[1] seeks an extension of this court's current stay of proceedings for an additional 90 days beyond May 31, 2006. The motion is opposed. Oral argument has not been requested, and is not deemed necessary.

On motion for reconsideration, the court denied plaintiff's earlier efforts to extend a stay of proceedings beyond May 31, 2006.[2] In so doing, the court expressly informed the plaintiff that:

---

[1] Clerk's Docket No. 131.

[2] Order (Motion for Reconsideration) at 4 (Aug. 8, 2005), Clerk's Docket No. 129.

>in light of the age of this case and the
>State's concerns about the loss of evidence,
>the court will not continue its stay order past
>May 31, 2006.  If plaintiff is not paroled or
>is not, for whatever reason, in a position to
>move the case forward promptly after May 31,
>2006, the court will dismiss this case for lack
>of prosecution.[3]

Judging from the instant motion, nothing has changed. Plaintiff still hopes that he will be released by the Michigan Department of Corrections on May 2, 2006. Plaintiff speaks of needing time to seek, hire, and obtain the assistance of counsel. Plaintiff says nothing as regards whether or not there is any reasonable expectation that he will be permitted to return to Alaska to pursue this case, nor is there any indication that efforts have been made by plaintiff during the past months to obtain substitute counsel. In short, nothing has changed since the court last refused an extension of its stay order.

The court's last order further admonished plaintiff that he "should be starting his plans now for how he will proceed with this case after May 31, 2006."[4] From what is now before the court, it sounds like nothing has been done in the way of planning for a resumption of activity in this case on or about May 31, 2006. The court again admonishes plaintiff that he must make some progress with respect to this case. The court fully understands that, as a

---

[3] <u>Id.</u>

[4] <u>Id.</u>

practical matter, plaintiff must have counsel if he is to move this case forward. Because of the court's understanding of plaintiff's circumstances, the court has extended plaintiff additional time far beyond what defendant would consider reasonable, and far beyond what the court would ordinarily allow. As of May 31, 2006, we will be at the end of time for this case; and, if plaintiff is unable to demonstrate his ability to move this case forward promptly and effectively as of May 31, 2006, the case will be dismissed for lack of prosecution.

      DATED at Anchorage, Alaska, this  3rd  day of March, 2006.

                                  /s/H. Russel Holland
                                  United States District Judge

IMMEDIATE NOTIFICATION
IS REQUESTED