RoBERT J. OVENS

Name

Prison Number

Place of Confinement

631  N.  RockSiDE  RD
WasillA,  AK  99654

① Address
866-327-8877  Then  (907) 357-2401  T.T.Y

Telephone  Relay Service
          V.p

RECEIVED
MAY 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ROBERT JOHN  OVENS          ,

      Plaintiff,

vs.

STATE OF ALASKA, DeperTMENT
OF CORRECTIONS          ,

      Defendant(s).

Case No. 3:98- CV-00199- HRH

**MOTION**

to/for CHANGE of ADDRESS

I, ROBERT J. OVENS          , proceeding without a lawyer, move

to/for CHANGE OF ADDRESS

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): _____

_____

_____

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, _Robert J. Ovens_, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: _5-31-06_, at _Anchorage, Alaska_.

_Robert J. Ovens_
Signature

## Certificate of Service

I certify that, on _5-31-06_ a copy of this motion
(Date) of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on _John K. Bodick_
IN PERSON                                   (Opposing Party or Counsel)

at _Attorney General's Office   310 K Street, Suite 407. Anchorage, AK_
(Address)                                                     _99501-5993_

_Robert J. Ovens_
Signature

PS 15 (effective 8/05)                    2                    MOTION