ROBERT JOHN OVENS
Name

Relay service

631 W. Rockside RD Wasilla, AK 99654
Address

866-327-2401 Then (907) 357-2401 TTY
Telephone Number

RECEIVED
MAY 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ROBERT JOHN OVENS,

Plaintiff/Petitioner,

CASE NO. 3:98-CV-00199-HRH

vs,

STATE OF Alaska, Department OF CORRECTIONAL,

Defendant/Respondent.

MOTION FOR APPOINTMENT
OF COUNSEL

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 5-31-06

*/s/ Robert J. Ovens*
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97