John K. Bodick
Assistant Attorney General
310 K Street, Suite 403
Anchorage, Alaska 99501
Attorney for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT OVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, Department ) <br> of Corrections, ) <br> ) <br> Defendant. ) <br> _____ ) | No. A98-0199 Civil (HRH) |

### DEFENDANT'S OPPOSITION TO
### MOTION TO APPOINT COUNSEL

COMES NOW defendant the State of Alaska, Department of Corrections, by and through Assistant Attorney General John K. Bodick, and, hereby opposes plaintiff Ovens' motion for appointment of counsel. In orders dated August 5, 2005 and March 3, 2006 this court clearly advised Ovens that he must move this case forward by May 31, 2006 or it would be dismissed for lack of prosecution. Ovens has done nothing to move this case forward as the court directed in these orders. Ovens could have moved for the appointment of counsel years ago while he was incarcerated, and at the very least, should

STATE OF ALASKA
DEPARTMENT OF LAW
CRIMINAL DIVISION CENTRAL OFFICE - ANCHORAGE
310 K STREET, SUITE 403
ANCHORAGE, ALASKA 99501
(907) 269-6379

have done so after the above orders from this court. As there is no right to, or authority for, appointed counsel in this civil rights case, it would almost certainly take months to locate a pro bono attorney willing to take Ovens' case and many more months for appointed counsel to become familiar with this case. All the while the evidence for this 1998 case is becoming more and more stale, and the State's ability to defend more and more prejudiced; it is now approaching over eight years since the events that Ovens refers to in his complaint and will be nine years by the time this case is even close to being ready for trial or disposition. Oven's failure to do anything to move his case forward warrants dismissal of his claims for failure to prosecute as the court directed in the above-referenced orders.

Dated this 7 day of June, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/ John K. Bodick
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK  99501
Telephone:  269-6379
Facsimile:   269-6305
Email:  John_Bodick@law.state.ak.us
AK Bar No. 8411098

### Certificate of Service

I certify that on June 7, 2006, a copy of the foregoing Opposition to Motion to Appoint Counsel was served on Robert Ovens 631 N. Rockside Rd., Wasilla, AK  99654.

s/ John K. Bodick