IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
ROBERT OVENS,                         )
                                      )
                 Plaintiff,           )
                                      )
       vs.                            )
                                      )
STATE OF ALASKA, DEPARTMENT OF        )
CORRECTIONS,                          )
                                      )      No. 3:98cv0199-HRH
                 Defendant.           )
_____)
```

O R D E R

Case Status

     Since the court acted upon the plaintiff's motion for appointment of counsel in June, the court has explored the only avenue open to it for arranging such pro bono assistance. The court knows that plaintiff's file has been examined by at least one attorney; but, as of this writing, the court has received no decision as to whether that attorney will or will not be able to assist the plaintiff.

     The court has heretofore made it known to those who need to know that the undersigned judge would be out of the district and unavailable with respect to this case from now until early October 2006. While the court is unavailable, plaintiff simply must take

- 1 -

some action to move this case forward — on his own or with the assistance of counsel. The court believes that it simply cannot impose any further delays with respect to this case upon defendants.

The court must have before it, no later than October 6, 2006, a plan from or on behalf of plaintiff for the presentation and conclusion of this case. If no plan is before the court by October 6, 2006, this case will be dismissed for lack of prosecution.

DATED at Anchorage, Alaska, this <u>11th</u> day of August, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge