IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
ROBERT OVENS,                         )
                                      )
                 Plaintiff,           )
                                      )
      vs.                             )
                                      )
STATE OF ALASKA, DEPARTMENT OF        )
CORRECTIONS,                          )
                                      )         No. 3:98-cv-0199-HRH
                 Defendant.           )
_____)
```

O R D E R

Case Dismissed

   This civil rights action was begun by plaintiff over eight years ago. Plaintiff was originally represented by counsel. However, counsel ultimately withdrew for reasons that are not entirely apparent to the court. The case has long been delayed because defendant was incarcerated in connection with criminal proceedings. Once plaintiff was released from prison, the court, over strenuous objections from the State, kept the case alive in order to afford plaintiff an opportunity to obtain substitute counsel and/or move the case forward on his own. Most recently, the court has directly involved itself in an effort to locate <u>pro bono</u> counsel to assist plaintiff; but these efforts have come to naught.

By order of August 11, 2006,[1] the court informed plaintiff that plaintiff must have before the court — no later than October 6, 2006 — a plan from or on behalf of plaintiff for the presentation and conclusion of this case. Plaintiff was warned that, "[i]f no plan is before the court by October 6, 2006, this case will be dismissed for lack of prosecution."[2]

October 6, 2006, has come and gone. The court has no plan for the development and conclusion of this case from plaintiff.

Plaintiff's complaint (and amended complaint) are dismissed without prejudice for lack of prosecution.

DATED at Anchorage, Alaska, this <u>17th</u> day of October, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Order (re Case Status), filed August 14, 2006, at Clerk's Docket No. 139.

[2] <u>Id.</u> at 2.